◼ In the Matter of STANLEY CHASE, Respondent, v BOARD OF ZONING APPEALS OF THE INCORPORATED VILLAGE OF CENTRE ISLAND, Appellant

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Levitt in his memorandum decision at the Supreme Court. Bracken, J. P., Lawrence, Kunzeman and Harwood, JJ., concur.